Date: 03/05/2018
Time: 09:51:25

# Richland Newhope Industries

Page 233

28352  KATHLEEN GOODWIN
       91 OXFORD RD
       MANSFIELD, OH 44904

|               | Current | Year to Date |
|--------------:|--------:|-------------:|
| Gross         | 1524.00 | 7620.00      |
| Federal       | 84.74   | 468.14       |
| FICA          | 86.06   | 430.30       |
| Medicare      | 20.13   | 100.65       |
| City          | 27.76   | 138.80       |
| State         | 31.00   | 155.00       |
| School        | 0.00    | 0.00         |
| Garnishee     | 0.00    | 0.00         |
| Child Support | 0.00    | 0.00         |
| United Way    | 0.00    | 0.00         |
| Health        | 129.10  | 645.50       |
| Vision        | 6.79    | 33.95        |
| Defer Comp    | 0.00    | 0.00         |
| Life          | 5.51    | 27.55        |
| PERS          | 0.00    | 0.00         |
| Net           | 1132.91 | 5620.11      |

Paid 03/09/2018
Payending 02/25/2018

. . . . . . . . . . . . .

ONE THOUSAND ONE HUNDRED THIRTY TWO DOLLARS

03/09/2018       $1,132.91

KATHLEEN GOODWIN
91 OXFORD RD
MANSFIELD, OH 44904

Please report any changes inyour bank account to
Richland newhope Industries immediately, 419-774-4414,
thank you.

```
Date:  03/19/2018
Time:  11:14:18                 Richland Newhope Industries
 28352    KATHLEEN GOODWIN                                            Page 233
          91 OXFORD RD
          MANSFIELD, OH 44904
                    Current    Year to Date
          Gross     1524.00        9144.00              Paid 03/23/2018
        Federal       84.74         552.88
           FICA       86.06         516.36           Payending 03/11/2018
       Medicare       20.13         120.78
           City       27.76         166.56
          State       31.00         186.00
         School        0.00           0.00
      Garnishee        0.00           0.00
  Child Support        0.00           0.00
     United Way        0.00           0.00
         Health      129.10         774.60
         Vision        6.79          40.74
      Defer Comp       0.00           0.00
           Life        5.51          33.06
           PERS        0.00           0.00
            Net     1132.91        6753.02
                                                  . . . . . . . . . . . .


       ONE THOUSAND ONE HUNDRED THIRTY TWO DOLLARS

                                                      03/23/2018        $1,132.91

           KATHLEEN GOODWIN
           91 OXFORD RD
           MANSFIELD, OH 44904




           Please report any changes in your bank account to
           Richland Newhope Industries immediately, 419-774-4414,
           thank you.
```

18-60765-rk    Doc 3    FILED 04/13/18    ENTERED 04/13/18 13:15:09    Page 2 of 3

# Richland Newhope Industries

28352    KATHLEEN GOODWIN
         91 OXFORD RD
         MANSFIELD, OH 44904

|               | Current | Year to Date |
|--------------:|--------:|-------------:|
| Gross         | 1524.00 | 10668.00     |
| Federal       | 84.74   | 637.62       |
| FICA          | 86.06   | 602.42       |
| Medicare      | 20.13   | 140.91       |
| City          | 27.76   | 194.32       |
| State         | 31.00   | 217.00       |
| School        | 0.00    | 0.00         |
| Garnishee     | 0.00    | 0.00         |
| Child Support | 0.00    | 0.00         |
| United Way    | 0.00    | 0.00         |
| Health        | 129.10  | 903.70       |
| Vision        | 6.79    | 47.53        |
| Defer Comp    | 0.00    | 0.00         |
| Life          | 5.51    | 38.57        |
| PERS          | 0.00    | 0.00         |
| Net           | 1132.91 | 7885.93      |

Paid 04/06/2018
Payending 03/25/2018

.............

ONE THOUSAND ONE HUNDRED THIRTY TWO DOLLARS

04/06/2018     $1,132.91

KATHLEEN GOODWIN
91 OXFORD RD
MANSFIELD, OH 44904

Please report any changes in your bank account to
Richland Newhope Industries immediately, 419-774-4414,
thank you.