Northern District Of Ohio
United States Bankruptcy Court
Ralph Regula U.S. Courthouse
401 McKinley Avenue SW
Canton, OH 44702

**Case No. 18−60765−rk**

**In re:**
Kathleen F. Goodwin
**Aka** −Kathleen F Goodwin, Kathleen
Fetzer−Goodwin, Kathleen Fetzer, Kathleen F
Draper, Katheen Draper
24 Clifton Avenue
Mansfield, OH 44907

**Social Security No.:**
xxx−xx−8352

# FINAL DECREE

The Court, in reliance upon the certification of the case trustee, finds that the estate of the debtor(s) has been fully administered.

☐ The deposit required by the Plan has been distributed.

**It is therefore Ordered that:**

☑ Josiah L. Mason is discharged as Trustee of the estate of the debtor and any bond required by 11 U.S.C. § 322 is cancelled.

☑ The Chapter 7 case of the debtor(s) is closed; and

☐ Other provisions as needed.

**Dated:** July 27, 2018 /s/ Russ Kendig
Form ohnb136a United States Bankruptcy Judge